*Messrs. Hennessey & Hennessey* of Billings and *Mr. M. J. Doepker* of Butte, for Respondent.

No. 8898. STATE OF MONTANA, on the relation of J. J. KIRBY, RELATOR, *v.* THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF MONTANA IN AND FOR THE COUNTY OF SILVER BOW and the HONORABLE JOHN B. McCLERNAN and the HONORABLE T. E. DOWNEY, Judges thereof, and FRANK J. GABSE, clerk of said Court, RESPONDENTS.

Decided March 21, 1949.

## ORDER

Per Curiam:

Before making application for writ to this court relator should have availed himself of the remedy offered by Section 9776,

R. C. M. 1935. This he did not do. On authority of State ex rel. Woodard, et al., v. District Court, 120 Mont. 585, 189 Pac. (2d) 998, and State ex rel. Lichte v. District Court, 121 Mont. 34, 189 Pac. (2d) 1004, the writ is denied and the proceeding here dismissed.

*Mr. Joseph J. McCaffery, Jr., Esq.,* attorney for Relator.